United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENEE PUNIAN,<br><br>        Plaintiff,<br><br>   v.<br><br>THE GILLETTE COMPANY, et al.,<br><br>        Defendants. | Case No. 14-CV-05028-LHK<br><br>**ORDER VACATING HEARING** |

Before the Court is the motion to dismiss filed by Defendants The Gillette Company and Procter & Gamble Company. ECF No. 28 ("Motion"). Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument, and hereby VACATES the hearing on the Motion currently scheduled for August 20, 2015, at 1:30 p.m. The initial case management conference, also currently scheduled for August 20, 2015, at 1:30 p.m., remains as set.

**IT IS SO ORDERED.**

Dated: August 18, 2015

_____
LUCY H. KOH
United States District Judge