UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENEE PUNIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE GILLETTE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 14-CV-05028-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Richard Barrett
Defendants' Attorneys: Craig Stewart; Darren Cottriel

　　　An initial case management conference was held on August 20, 2015. A further case management conference is set for December 2, 2015, at 2:00 p.m. The parties shall file their joint case management statement by November 25, 2015.

　　　The Court did not set a case schedule. Pursuant to the parties' representations at the case management conference, the parties shall complete trial in this matter within 12 months of the Court's issuance of an order on the anticipated second-round motion to dismiss.

**IT IS SO ORDERED.**

Dated: August 20, 2015

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 14-CV-05028-LHK
CASE MANAGEMENT ORDER