# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RENEE PUNIAN, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY and THE PROCTER & GAMBLE COMPANY,<br><br>　　　Defendants. | Case No. 5:14-cv-05028-LHK<br><br>[PROPOSED] ORDER ON REQUEST BY RICHARD R. BARRETT FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE<br><br>**CMC:**　　February 24, 2016<br>**Time:**　　2:00 pm<br>**Court:**　　Courtroom 8, 4TH FLOOR<br><br>Trial Date:　　　None Set |

Co-Counsel for Plaintiff Renee Punian ("Plaintiff"), Richard R. Barrett, has requested this Court for permission to attend the case management conference scheduled for February 24, 2016 at 2:00 p.m. by telephone.

The Court finds that the request should be granted and hereby ORDERS that counsel for Plaintiff, Richard R. Barrett, may attend the February 24, 2016 at 2:00 pm Case Management Conference by telephone.

So ORDERED on this the __19th__ day of February, 2016.

_Lucy H. Koh_
**District Court Judge Lucy Koh**